In the Matter of MICHAEL LOMBARD, Appellant, v DENNIS J. BRESLIN, Respondent.

Submitted July 10, 2006; decided August 31, 2006

Motion by Frank J. Barbaro, Esq. for leave to appear amicus curiae on the motion for leave to appeal herein denied.

In the Matter of MATTHEW Y. OHEL CHILDREN'S HOME AND FAMILY SERVICES, Respondent; EBRAHIM Y., Appellant. (Proceeding No. 1.)

In the Matter of MATANIA Y. OHEL CHILDREN'S HOME AND FAMILY SERVICES, Respondent; EBRAHIM Y., Appellant. (Proceeding No. 2.)

In the Matter of MINA Y. OHEL CHILDREN'S HOME AND FAMILY SERVICES, Respondent; EBRAHIM Y., Appellant. (Proceeding No. 3.)

In the Matter of MOSHE Y. OHEL CHILDREN'S HOME AND FAMILY SERVICES, Respondent; EBRAHIM Y., Appellant. (Proceeding No. 4.)

Submitted July 17, 2006; decided August 31, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceedings within the meaning of the Constitution. Motion for poor person relief dismissed as academic.